On appellant's and respondents - cross-appellants' reconsiderations filed March 26, former opinion filed February 25 (44 Or App 727, 606 P2d 1179), appellant's reconsideration is granted, the former dissenting opinion is adopted as the opinion of the court, reversed and remanded for entry of summary judgment for appellant, respondents - cross-appellants' reconsideration denied June 23, 1980

## RON JONES & CO.,
*Appellant,*

*v.*

## JAQUITH, et al,
*Respondents - Cross-Appellants.*

(No. 107292, CA 14055)

612 P2d 770

Thomas B. Brand, and Brand, Lee, Ferris & Embick, Salem, for appellant's petition.

Valerie J. Vollmar, and Clark, Marsh & Lindauer, Salem, for respondents - cross-appellants' petition.

PER CURIAM

Appellant's petition for reconsideration is granted. The former dissenting opinion is adopted as the opinion of the court. Respondents - cross-appellants' petition for reconsideration is denied. Reversed and remanded for entry of summary judgment for appellant.

Gillette, dissenting opinion.

**GILLETTE, J.,** dissenting.

Because I am still of the view expressed in our original opinion in this case, I respectfully dissent.

Roberts, J., joins in this dissent.